UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00097 |
| ) | JUDGE SHARP |
| RASHAD WOODSIDE [03] ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 510).

The motion is GRANTED and the hearing is hereby scheduled for Friday, July 18, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE